IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3101 |
| vs. | |
| CHRISTINE L. PARRY, | **PRELIMINARY ORDER OF FORFEITURE** |
| Defendant. | |

    This matter is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture. (Filing No. 70). The Court has reviewed the record in this case, and being duly advised in the premises, finds as follows:

    1.    On October 3, 2024, the Magistrate Judge held a change of plea hearing for the defendant, and the defendant entered a plea of guilty to Count I of the Indictment. The defendant also admitted to the Forfeiture Allegation of the Indictment (Filing No. 63; Filing No. 65). The Magistrate Judge issued a Findings and Recommendation on Plea of Guilty indicating the undersigned should accept the defendant's plea of guilty and find the defendant guilty of the crime(s) to which Defendant tendered a guilty plea.

    2.    On November 18, 2024, the undersigned adopted the Magistrate Judge's Findings and Recommendation on Plea of Guilty, accepted the defendant's plea, and found the defendant guilty. (Filing No. 73).

    3.    Count I of the Indictment charged the defendant with violation of 18 U.S.C. § 2320(a) and 18 U.S.C. § 2.

    4.    The Forfeiture Allegation of the Indictment sought forfeiture of "miscellaneous counterfeit marks and goods, including clothing, footwear, purses, bags, belts, wallets, tumblers,

headphones, and sports apparel, etc., on and in connection with which counterfeit marks were knowingly used" as listed in Attachment A on the Motion for Preliminary Order of Forfeiture (the "Property"). (Filing No. 70-1).

5. By virtue of said plea of guilty, and the Court accepting the plea, the defendant has forfeited her interest in the subject Property. Accordingly, the United States should be entitled to possession of said property pursuant to Title 18 U.S.C. §§ 981(a)(l)(C) and 2323, and Title 28, U.S.C. § 2461(c).

6. The Government's Motion for Preliminary Order of Forfeiture should be granted. Accordingly,

**IT IS ORDERED:**

1. The Government's Motion for Preliminary Order of Forfeiture (Filing No. 70) is granted.

2. Based upon the Forfeiture Allegation of the Indictment and the plea of guilty, the Government is hereby authorized to seize the Property as listed in Attachment A on the Motion for Preliminary Order of Forfeiture (Filing No. 70-1).

3. Defendant's interest in the Property is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of Title 18 U.S.C. §§ 981(a)(l)(C) and 2323, and Title 28 U.S.C. § 2461(c).

4. The Property is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government's intent to dispose of the subject Property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject Property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Property and any additional facts supporting the Petitioner's claim and the relief sought.

7.  The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property currency as a substitute for published notice as to those persons so notified.

8.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 26th day of November, 2024.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge