IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE L. PARRY,<br><br>Defendant. | 4:23CR3101<br><br><br>**FINAL ORDER OF FORFEITURE** |

   This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Filing No. 90). Having reviewed the record in this case, the Court finds as follows:

   1.  On November 26, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 74) forfeiting Defendant Parry's interest in the property listed in Attachment A to the United States' Motion for Preliminary Order of Forfeiture. (Filing No. 70-1).

   2.  Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on November 28, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on January 29, 2025 (Filing No. 89).

   3.  The Indictment (Filing No. 1), including the forfeiture allegation, will be dismissed as to co-Defendant, Alexandra Christine Goering, upon her competition of diversion.

   4.  The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

   5.  The Motion for Final Order of Forfeiture should be granted. Accordingly,

**IT IS ORDERED:**

1. The United States' Motion for Final Order of Forfeiture (Filing No. 90) is granted;
2. All right, title and interest in and to the property listed in Attachment A and seized from Defendant Parry, held by any person or entity are forever barred and foreclosed;
3. The property listed in Attachment A is forfeited to the Government; and
4. The Government is directed to dispose of that property in accordance with the law.

Dated this 30th day of January, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge